167 A.3d 645

ALONZO SHELLY, PLAINTIFF-PETITIONER, v. LOUIS A. NEBLETT, DEFENDANT-RESPONDENT.

May 5, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-003174-14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.